IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA, ) ) ) ) Plaintiff, ) ) v. ) ) DIRK A. KEMPTHORNE, ) ) Defendant. ) ) | Civil Action No. 07-412 (RCL) |

## PROOF OF SERVICE

In accordance with Federal Rule of Civil Procedure 4(*l*) and Local Civil Rule 5.3, undersigned counsel for Plaintiff hereby files proof of service of Plaintiff's Complaint and summonses issued by the Clerk of this Court. As evidenced by the U.S. Postal Service Certified Mail Receipts and Track & Confirm records attached hereto as Exhibit 1, in accordance with Federal Rule of Civil Procedure 4(i), a summons and a copy of the Complaint were mailed by certified first-class mail to Defendant Dirk A. Kempthorne, the U.S. Attorney for the District of Columbia, and the U.S. Attorney General on February 28, 2007. All of the foregoing received these materials on March 5, 2007. In accordance with Federal Rule of Civil Procedure 12(a)(3)(A), Defendant has until May 4, 2007, to file a responsive pleading to Plaintiff's Complaint.

Dated: April 10, 2007                                    Respectfully submitted,


                                                         By: */s/ Mark J. Biros*
                                                              Mark J. Biros (DC Bar No. 181719)
                                                              James F. Segroves (DC Bar No. 480360)
                                                              PROSKAUER ROSE LLP

1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
mbiros@proskauer.com
jsegroves@proskauer.com

Travis W. Trueblood (DC Bar No. 474797)
TRUEBLOOD LAW GROUP, P.A.
6099 Stirling Avenue, Suite 218
Davie, FL 33314-7236
954.581.6628
954.581.6680 (fax)
TTrueblood@truebloodlawgroup.com

*Attorneys for Plaintiff Me-Wuk Indian Community of the Wilton Rancheria*

2

EXHIBIT 1

Proof of Service
*Me-Wuk Indian Community of the Wilton Rancheria v. Dirk A. Kempthorne*
Civil Action No. 07-412 (RCL)



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0100 0002 7664 3644**
Detailed Results:

- Delivered, March 05, 2007, 9:03 am, WASHINGTON, DC 20240
- Notice Left, March 04, 2007, 7:24 am, WASHINGTON, DC 20240
- Arrival at Unit, March 04, 2007, 6:29 am, WASHINGTON, DC 20022
- Acceptance, February 28, 2007, 5:26 pm, WASHINGTON, DC 20004

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Maybee_   ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>_Maybee_   MAR 0 6 2007 |
| 1. Article Addressed to:<br><br>DIRK A. KEMPTHORNE<br>Secretary of the Interior<br>U.S. Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240-0002 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 0100 0002 7664 3644 |

PS Form **3811**, February 2004   Domestic Return Receipt   102595-02-M-1540


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0002 7664 3651**
Detailed Results:

- Delivered, March 05, 2007, 4:46 am, WASHINGTON, DC 20530
- Notice Left, March 05, 2007, 2:18 am, WASHINGTON, DC 20530
- Forwarded, March 01, 2007, 12:31 pm, WASHINGTON, DC
- Arrival at Unit, March 01, 2007, 12:29 pm, WASHINGTON, DC 20001
- Acceptance, February 28, 2007, 5:27 pm, WASHINGTON, DC 20004

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Canty Pub_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  3/05/07  C. Date of Delivery |
| 1. Article Addressed to:<br><br>CIVIL PROCESS CLERK<br>U.S. Attorney's Office for D.C.<br>555 4th Street, NW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0002 7664 3651 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do    4/10/2007


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 0100 0002 7664 3668**
Detailed Results:

- Delivered, March 05, 2007, 4:46 am, WASHINGTON, DC 20530
- Notice Left, March 04, 2007, 7:11 am, WASHINGTON, DC 20530
- Arrival at Unit, March 04, 2007, 3:18 am, WASHINGTON, DC 20022
- Acceptance, February 28, 2007, 5:26 pm, WASHINGTON, DC 20004

**Track & Confirm**

Enter Label/Receipt Number.

( < Back )   ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust             Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>MAR 0 5 2007 |
| 1. Article Addressed to:<br><br>ALBERTO R. GONZALES<br>Attorney General of the United States<br>Office of the Attorney General<br>U.S. Department of Justice<br>Washington, DC 20530 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0002 7664 3668 |

PS Form 3811, February 2004       Domestic Return Receipt                  102595-02-M-1540