UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY ) <br> OF THE WILTON RANCHERIA ) <br> 7201 Sunbreeze Lane ) <br> Sacramento, CA 95828-6263 ) <br>  ) <br>       Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> DIRK KEMPTHORNE, ) <br> in his official capacity as Secretary ) <br> of the Interior ) <br> U.S. Department of the Interior ) <br> 1849 C Street NW ) <br> Washington, DC 20240-0002 ) <br>  ) <br>       Defendant. ) | CASE NUMBER:  1:07-CV-00412 <br><br> JUDGE:  Hon. Royce C. Lamberth <br><br> DECK TYPE:  Administrative Agency Review <br><br> DATE STAMP: |

## NOTICE OF APPEARANCE FOR DEFENDANTS

Please enter the appearance of Alex Kriegsman, as counsel of record for all defendants. Mr. Kriegsman is registered to use this Court's Electronic Case Filing System ("ECF"), and thus may be served electronically using ECF. If necessary, notices, orders or other papers may alternatively be sent to Mr. Kriegsman at the address set forth below.

April 20, 2007.

                        Respectfully submitted,

                        MATTHEW J. MCKEOWN
                        Acting Assistant Attorney General
                        United States Department of Justice
                        Environment and Natural Resources Divsions

By:    */s/ Alex Kriegsman*_____
            Alex Kriegsman
            Trial Attorney
            United States Department of Justice

Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Facsimile: (202) 305-0506