# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY <br> OF THE WILTON RANCHERIA <br> 7201 Sunbreeze Lane <br> Sacramento, CA 95828-6263 <br><br> Plaintiff, <br><br> v. <br><br> DIRK KEMPTHORNE, <br> in his official capacity as Secretary <br> of the Interior <br> U.S. Department of the Interior <br> 1849 C Street NW <br> Washington, DC 20240-0002 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT

Defendant Dirk Kempthorne, in his official capacity as Secretary of the Interior ("Defendant"), hereby gives Notice of Substitution of Counsel. Alex Kriegsman is withdrawn as counsel for Defendant in the above-captioned case, and substituted by Sara E. Culley. Ms. Culley is registered to use this Court's Electronic Case Filing System ("ECF") and may be served electronically. If necessary, notices, papers or other papers may be alternatively sent to:

> Sara E. Culley
> Natural Resources Section
> Environment & Natural Resources Division
> United States Department of Justice
> P. O. Box 663
> Washington, D.C. 20044-0663

Federal Express deliveries may be sent to:

> Sara E. Culley
> Natural Resources Section

       Environment & Natural Resources Division
       United States Department of Justice
       601 D. St., NW
       Washington, D.C. 20004

Dated: April 30, 2007                      Respectfully submitted,

                                           MATTHEW J. MCKEOWN
                                           Acting Assistant Attorney General
                                           Environment and Natural Resources Division


                                                /s/ Sara E. Culley
                                           SARA E. CULLEY
                                           Natural Resources Section
                                           Environment & Natural Resources Division
                                           United States Department of Justice
                                           P. O. Box 663
                                           Washington, D.C. 20044-0663
                                           Telephone: (202) 305-0479
                                           Fax: (202) 353-2021
                                           Sara.Culley@usdoj.gov

OF COUNSEL:
Scott Keep, Esquire
Assistant Solicitor
Division of Indian Affairs
U.S. Department of the Interior
1849 C Street, N.W.
MS 6456
Washington, D.C. 20240
Tel: (202) 208-6526
Facsimile:  (202) 219-1791