IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY<br>OF THE WILTON RANCHERIA,<br><br>   Plaintiff,<br><br>v.<br><br>DIRK A. KEMPTHORNE,<br><br>   Defendant. | Civil Action No. 07-412 (RCL) |

**PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that in accordance with Local Civil Rule 83.6, Travis W. Trueblood hereby enters an appearance as counsel on behalf of Plaintiff Me-Wuk Indian Community of the Wilton Rancheria and in substitution for Mark J. Biros of the law firm Proskauer Rose LLP, who does hereby withdraw as counsel for Plaintiff. Counsel request that all future orders and filings in the above-captioned case be sent via the Court's Electronic Case Filing system to Mr. Trueblood.

Dated: May 4, 2007

Respectfully submitted,

/s/ Mark J. Biros
Mark J. Biros (DC Bar No. 181719)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)
mbiros@proskauer.com

[additional signatures follow]

_____
Travis W. Trueblood (DC Bar No. 474797)
TRUEBLOOD LAW GROUP, P.A.
PO Box 1270
Moore Haven, FL 33471-1270
863.946.9160
863.946.9162 (fax)
TTrueblood@truebloodlawgroup.com

_____
Henry Sangmaster
Chairperson
ME-WUK INDIAN COMMUNITY
OF THE WILTON RANCHERIA
4803 Fallow Drive
Sacramento, CA 95823-4419

Travis W. Trueblood (DC Bar No. 474797)
TRUEBLOOD LAW GROUP, P.A.
PO Box 1270
Moore Haven, FL 33471-1270
863.946.9160
863.946.9162 (fax)
TTrueblood@truebloodlawgroup.com

_____
Henry Sangmaster
Chairperson
ME-WUK INDIAN COMMUNITY
OF THE WILTON RANCHERIA
4803 Fallow Drive
Sacramento, CA 95823-4419