IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY<br>OF THE WILTON RANCHERIA,<br>4380 Fallow Drive<br>Sacramento, CA 95823-4419,<br><br>        Plaintiff,<br><br>v.<br><br>DIRK A. KEMPTHORNE,<br>*in his official capacity as*<br>*Secretary of the Interior*,<br>1849 C Street, NW<br>Washington, DC 20240-0002;<br><br>        Defendant. | Case No. 1:07CV00412 (RL) |

## ERRATA

Comes now, the Plaintiff and files this Errata declaring that upon filing Plaintiff's Response to Defendant's Motion to Transfer, Plaintiff's proposed order failed to attach to the response. Attached hereto is Plaintiff's proposed order.

Dated: May 10, 2007

Respectfully submitted,

/s/ Travis W. Trueblood
Travis W. Trueblood (D.C. Bar No. 474797)
TRUEBLOOD LAW GROUP, P.A.
P.O. Box 1270
Moore Haven, FL 33471-1270
863.946.9160
863.946.9162 (fax)
ttrueblood@truebloodlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY<br>OF THE WILTON RANCHERIA,<br>4380 Fallow Drive<br>Sacramento, CA 95823-4419,<br><br>        Plaintiff,<br><br>   v.<br><br>DIRK A. KEMPTHORNE,<br>*in his official capacity as*<br>*Secretary of the Interior*,<br>1849 C Street, NW<br>Washington, DC 20240-0002;<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:07CV00412 (RL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE AND TO SUSPEND OBLIGATION TO ANSWER IN THE DISTRICT OF COLUMIBA

THIS CAUSE, having come before this Court on Defendant DIRK A. KEMPTHORNE's Motion to Transfer Venue and to Suspend Obligation to Answer in the District of Columbia. Having considered the grounds set forth in Defendant's Motion, Defendant's supporting Memorandum, and Plaintiff's Response and Memorandum in Opposition thereto, and good cause having been shown, it is ORDERED that Defendant's Motion to Transfer Venue and to Suspend Obligation to Answer in the District of Columbia in the action styled <u>Me-Wuk Indian Community of the Wilton Rancheria v. Dirk A. Kempthorne</u>, Case No. 1:07CV00412(RL) is hereby DENIED.

*[Signature to follow]*

IT IS SO ORDERED this ____ day of _____, 2007

_____
Honorable Royce C. Lamberth
United States District Court Judge