**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA, 4380 Fallow Drive Sacramento, CA 95823-4419, <br><br> Plaintiff, <br><br> v. <br><br> DIRK A. KEMPTHORNE, *in his official capacity as Secretary of the Interior*, 1849 C Street, NW Washington, DC 20240-0002; <br><br> Defendant. | Case No. 1:07CV00412 (RL) |

**PLAINTIFF'S UNOPPOSSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF-INTERVENORS' MOTION TO INTERVENE**

COMES NOW Plaintiff, ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA, by and through its undersigned counsel, per the authority of Fed. R. Civ. P. 6(b) and respectfully submits this Motion for Extension of Time to File Answer to Plaintiff Intervenors' Motion to Intervene.

On May 29, 2007, Plaintiff Intervenors filed a Motion to Intervene in the above styled case. Per LCvR 7(b), undersigned Plaintiffs Counsel has 11 days to respond to Plaintiff Intervenors Motion to Intervene.

At the time of filing, Plaintiff Intervenors filed an exhibit too large to be transmitted and served on undersigned counsel via the ECF system. On June 5, 2007

counsel for Plaintiff Intervenors transmitted the exhibits to undersigned counsel for Plaintiffs.

Per LCvR 7(m), undersigned Plaintiffs Counsel contacted both counsel for Plaintiff Intervenors and Defendant on June 6, 2007 as to their opposition to this motion. Neither expressed any opposition hereto.

WHEREFORE, Plaintiff respectfully requests this Court enter an order allowing an additional seven day extension for Plaintiff to file its opposition to Plaintiff Intervenors Motion to Intervene, making Plaintiff's response due June 18, 2007.

Dated:  6/7/07                                        Respectfully submitted,


/s/ Travis W. Trueblood
Travis W. Trueblood (D.C. Bar No. 474797)
TRUEBLOOD LAW GROUP, P.A.
P.O. Box 1270
Moore Haven, FL  33471-1270
863.946.9160
863.946.9162 (fax)
ttrueblood@truebloodlawgroup.com

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ME-WUK INDIAN COMMUNITY<br>OF THE WILTON RANCHERIA,<br>4380 Fallow Drive<br>Sacramento, CA 95823-4419,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRK A. KEMPTHORNE,<br>*in his official capacity as*<br>*Secretary of the Interior*,<br>1849 C Street, NW<br>Washington, DC 20240-0002;<br><br>　　　　　Defendant. | Case No. 1:07CV00412 (RL) |

**ORDER GRANTING PLAINTIFF'S UNOPPOSSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF-INTERVENORS' MOTION TO INTERVENE**

ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion for Extension of Time to File Answer to Plaintiff Intervenors Motion to Intervene is GRANTED. Plaintiff's response to Plaintiff Intervenors Motion to Intervene is now due, June 18, 2007.

IT IS SO ORDERED this ____day of _____, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Royce C. Lamberth
　　　　　　　　　　　　　　　　　　　United States District Court Judge