IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>In his official capacity as Secretary of the Interior,<br><br>Defendants | Case No. 1:07-CV-00412 (RCL) |
| WILTON MIWOK RANCHERIA, a formerly federally-recognized Indian tribe, ITS MEMBERS, and DOROTHY ANDREWS,<br><br>Plaintiffs-in-Intervention | |

### SECOND DECLARATION OF JOHN NYHAN IN SUPPORT OF PLAINTIFFS/INTERVENORS' REPLY TO OPPOSITION TO MOTION TO INTERVENE

I, John Nyhan, declare as follows:

1. I am a member of the Bar of this Court and am Of Counsel to the law firm of Fredericks & Peebles LLP, counsel representing Plaintiffs-in-Intervention in this action and submit this my Second Declaration in Support of Plaintiffs/Intervenors' Reply to Opposition to Motion to Intervene.

2. My First Declaration filed In Support of Motion to Intervene and Motion to Transfer Venue to the Northern District of California, dated May 25, 2007, describes in ¶¶ 10-12 thereof, a similar action filed on behalf of the Plaintiffs/Intervenors in this case in the Northern District of California, including an Administrative Motion to Consider Whether Cases Should be Related, filed on May 21, 2007, in the California action (*See* Nyhan Declaration, May 25, 2007, ¶¶ 10-12 and Exhibit "H" thereto). That Motion requested that the Northern District of

1

California determine that the action filed on behalf of the same entities who are Plaintiffs/Intervenors in this action be related to the case of *Tillie Hardwick, et al. v. United States* C-79-1710-SW (N.D. Cal.) (hereinafter referred to as *"Hardwick"*) which sought to undue the illegal termination of Native American Indian Tribes pursuant to the California Rancheria Act P.L 85-671 of 1958, as amended in 1964. The government did not file any opposition to that motion.

3.  On May 29, 2007, the Honorable United States District Court Judge Jeremy Fogel, who has been handling the *Hardwick* litigation since 2004, granted the Administrative Motion and signed a Related Case Order in which he noted that the time for filing opposition to Plaintiff's Motion to Relate Cases had passed and ruled: "I find that the above-case is related to the case assigned to me," *Hardwick v. U.S., et al.* Judge Fogel has scheduled a Status Conference in the California action for August 31, 2007. A true and correct copy of Judge Fogel's Related Case Order, entered May 29, 2007, is attached hereto as Exhibit M. A true and correct copy of Judge Fogel's Scheduling Order entered on May 23, 2007 is attached hereto as Exhibit N.

4.  Judge Fogel's Scheduling Order filed in the California action requires the parties to submit a Rule 26 Status Report on or before August 24, 2007, one week before the Case Management Conference scheduled on August 31, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2007 at Sacramento, California.

_____
John Nyhan

Exhibit M

**FILED**

**MAY 29 2007**

RICH...
CLERK U...
NORTHERN DISTRICT...
SAN JOSE...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

C 07-02681 PVT  (JF)    Wilton Miwok Rancheria et al v. Kempthorne et al

C 79-01710 JF           Hardwick v. US, et al

I find that the above case is related to the case assigned to me. ___JF___

**ORDER**

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: 5/24/07       _____
                     Judge Jeremy Fogel

-1-

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 5/29/07

By: *[signature]*
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: _____ (date)

-3-

Exhibit N

**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

May 23, 2007

**CASE NUMBER: CV 07-02681 PVT**
**CASE TITLE: WILTON MIWOK RANCHERIA, ET AL-v-DIRK KEMPTHORNE, ET AL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Case Assigned to the Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/23/07

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 5/23/07

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| WILTON MIWOK RANCHERIA, ET AL., | C 07-2681 PVT |
| Plaintiff(s), | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| VS. | |
| DIRK KEMPTHORNE, ET AL., | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for August 28, 2007 before the Honorable Judge Patricia V. Trumbull has been continued to **August 31, 2007 at 10:30 a.m.**, before the Honorable Judge Jeremy Fogel. Parties are to appear in courtroom #3, 5th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on or before August 24, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5166, so as to take this matter off calendar.

Dated: May 23, 2007

RICHARD W. WIEKING,
Clerk of Court
/s/ Corinne Lew

Corinne Lew
Courtroom Deputy