UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ME-WUK INDIAN COMMUNITY<br>OF THE WILTON RANCHERIA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRK A. KEMPTHORNE,<br>SECRETARY OF THE INTERIOR,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-412 (RCL) |

## ORDER

Upon consideration of plaintiff's unopposed Motion [12] for Extension of Time to File Answer to plaintiff-intervenor's Motion to Intervene is GRANTED, *nunc pro tunc*. Plaintiff's response to plaintiff-intervenor's Motion to Intervene is now due June 18, 2007.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 5, 2007.