**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY ) <br> OF THE WILTON RANCHERIA ) <br> 7201 Sunbreeze Lane ) <br> Sacramento, CA 95828-6263 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, ) <br> in his official capacity as Secretary ) <br> of the Interior ) <br> U.S. Department of the Interior ) <br> 1849 C Street NW ) <br> Washington, DC 20240-0002 ) <br> ) <br> Defendant. ) | Case No. 1:07CV00412 (RL) |

**DEFENDANT'S NOTICE REGARDING MOTION TO INTERVENE (DKT. NO. 11)**
**MOTION TO TRANSFER (DKT. NO. 5)**

In Defendant Dirk Kempthorne's ("Defendant") reply in support of Defendant's motion to transfer venue (Dkt. No. 10), Defendant noted that the Department of the Interior had recently been contacted by counsel on behalf of an Indian group, which alleges it is the Wilton Miwok Rancheria. Def.'s Reply, 5-6. Following the filing of Defendant's reply, the alleged Wilton Miwok Rancheria ("Proposed Intervenor") moved to intervene in the above-captioned action. (Dkt. No. 11). Defendant consents to this proposed intervention.

In addition, on May 21, 2007, Proposed Intervenor filed suit in the Northern District of California. See Wilton Miwok Rancheria, et al., v. Kempthorne, et al., 5:07-cv-02681 (N.D. Cal.). Because of these events, Defendant now believes that transfer of this matter to the Northern District of California is appropriate. In its motion to intervene, Proposed Intervenor

1

stated that if permitted to intervene, it will seek to transfer this action to the Northern District of California. Mot. to Intervene, 3. At this time, Defendant provides notice that he will support such a request to transfer. Defendant previously noted that there is likely sizeable local interest in California regarding Plaintiff Me-wuk Indian Community of the Wilton Rancheria's ("Plaintiff") suit. Def.'s Reply, 4-6. Defendant's assertion is borne out by the filing of an additional suit in California by an Indian group claiming to have the same heritage as Plaintiff. Transfer to the Northern District of California will permit the intertwined claims of these two groups to be decided in a venue, where the local interest is compelling.[1]

Dated: July 24, 2007.

                                      Respectfully submitted,

                                      RONALD J. TENPAS
                                      Acting Assistant Attorney General

                                        /s/ Sara E. Culley
                                      SARA E. CULLEY (K.S. Bar No. 20898)
                                      Trial Attorney
                                      United States Department of Justice

OF COUNSEL:                      Natural Resources Section
Scott Keep, Esquire              P.O. Box 663
Assistant Solicitor               Washington, D.C. 20044-0663
Division of Indian Affairs      Tel: (202) 305-0466
U.S. Department of the Interior  Facsimile: (202) 305-0267
1849 C Street, N.W.
MS 6456
Washington, D.C. 20240
Tel: (202) 208-6526
Facsimile: (202) 219-1791

---

[1] Other factors make transfer appropriate, as well. As Defendant previously noted, Plaintiff's Complaint is based primarily on the California Rancheria Act. Furthermore, Defendant noted that Plaintiff's Complaint is based, in part, on alleged statements by Bureau of Indian Affairs ("BIA") personnel who are located in California.