IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR PUBLIC INTEGRITY<br>910 17th Street, N.W., 7th Floor<br>Washington, DC 20006-2606<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL COMMUNICATION<br>COMMISSION<br>445 12th Street, S.W.<br>Washington DC 20554-0005,<br><br>Defendant. | Civil Action No. 06-1644 (RMC) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7224