IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY<br>OF THE WILTON RANCHERIA,<br>7201 Sunbreeze Lane<br>Sacramento, CA 95828-6263,<br><br>      Plaintiff,<br><br>  v.<br><br>DIRK A. KEMPTHORNE,<br>*in his official capacity as*<br>*Secretary of the Interior*,<br>U.S. Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240-0002;<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  APPEARANCE<br>)<br>)  Case No. 1:07CV00412 (RL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

To the Clerk of this court and all parties of record:

Please enter the appearance of __Joseph L. Kitto_____ as counsel in this
                                 (Attorney's Name)

case for: __Me-Wuk Indian Community of the Wilton Rancheria_____
              (Name of party or parties)

__August 7, 2007__                                 */s/ Joseph L. Kitto*
Date                                                  Signature

                                                  __Joseph L. Kitto_____
__469760_____                                Print Name
BAR IDENTIFICATION

                                                  __5335 Wisconsin Ave., NW, Suite 440__
                                                  Address

                                                  __Washington, DC  20015_____
                                                  City State Zip Code

1