IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>In his official capacity as Secretary of the Interior,<br><br>Defendants. | Case No. 1:07-CV-00412 (RCL)<br><br>NOTICE OF CHANGE OF FIRM NAME |
| WILTON MIWOK RANCHERIA, a formerly federally-recognized Indian tribe, ITS MEMBERS, and DOROTHY ANDREWS<br><br>Plaintiffs-in-Intervention | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, effective immediately the name of the law firm of Fredericks & Peebles LLP has been changed to **Fredericks Peebles & Morgan LLP**. The address, telephone numbers and e-mail will remain the same.

Dated: September 11, 2007

Respectfully submitted,

**FREDERICKS PEEBLES & MORGAN LLP**
CHRISTINA V. KAZHE
JOHN NYHAN
ROSE WECKENMANN

By: _/s/ John Nyhan_
JOHN NYHAN (DC BAR No. 467082)
Attorneys for Plaintiffs-in-Intervention,
WILTON MIWOK RANCHERIA, a
formerly federally-recognized Indian
Tribe, ITS MEMBERS, and DOROTHY
ANDREWS