IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>In his official capacity as Secretary of the Interior,<br><br>Defendants. | Case No. 1:07-CV-00412 (RCL)<br><br>**REQUEST TO SCHEDULE STATUS CONFERENCE** |
| WILTON MIWOK RANCHERIA, a formerly federally-recognized Indian tribe, ITS MEMBERS, and DOROTHY ANDREWS<br><br>Plaintiffs-in-Intervention | |

     Plaintiffs-in-Intervention request that the Court schedule a status conference in this case at the Court's convenience.

I.    Background.

    A.    Complaint.

Plaintiff filed the Complaint in this case on February 28, 2007 (Dkt No. 1)

    B.    Defendant's Motion to Transfer.

     Defendant moved to transfer this case to the Eastern District of California on April 23, 2007 (Dkt No. 5). Plaintiff filed its opposition to the Motion to Transfer on May 7, 2007 (Dkt No. 8) and Defendant filed its reply on May 15, 2007 (Dkt No. 10). On July 24, 2007, Defendant acknowledged that Proposed Intervenors noted in their motion to intervene that if permitted to intervene, they will seek to transfer this action to the Northern District of California (Motion to Intervene, 3) and Defendant consented to transfer to the Northern District of California (Dkt No. 17).

C.    Motion to Intervene.

Plaintiffs-in-Intervention, Wilton Miwok Rancheria, its members and Dorothy Andrews filed their Motion to Intervene on May 29, 2007 (D.NO. 11). Plaintiff ME-WUK Indian Community of the Wilton Rancheria filed its opposition to the Motion to Intervene on June 18, 2007 (Dkt No. 13) and Plaintiffs-in-Intervention filed their reply on June 25, 2007 (Dkt No. 14). Defendant filed his consent to this proposed intervention on July 24, 2007 (Dkt No. 17).

D.    Plaintiffs-in-Intervention Motion to Transfer to the Northern District of California.

At the same time Plaintiffs-in-Intervention filed their motion to intervene, they lodged their Motion to Transfer Venue to the Northern District of California. (See Attachment 5 to Notice Regarding Bulky Attachment, Dkt No. 11). Defendant, in its July 24, 2007 filing (Dkt No. 17), stated: "Defendant provides notice that he will support such a request to transfer." Defendants' Notice Regarding Motion to Intervene (Dkt No. 11) Motion to Transfer (Dkt No. 5, page 2).

E.    The California Action.

Plaintiffs-in-Intervention, prior to filing this Motion to Intervene in this suit, filed a substantially similar suit in the Northern District of California on May 21, 2007 (Wilton Miwok Rancheria, et al. v. Dirk Kempthorne, et al., 5:07-CV-02681 (N.D.Cal). The California case has been assigned to the Honorable Jeremy Fogel who issued an order on May 29, 2007 relating the California case to a class action pending in the Northern District of California since 1979, *Tillie Hardwick, et al. v. United States of America, et al.*, No. C 79-1710 JF (PVT).

Defendant in the DC case filed its Answer to the Complaint in the California case on September 7, 2007. Pursuant to a scheduling order issued in that case and the Local Rules of the Northern District of California, on September 20, 2007, the parties to the California case conferred telephonically regarding submission of a Joint Case Management Statement pursuant

to FRCP 26(a)(1) and Civil Local Rule 16-9. The parties are required to submit such statement by October 12, 2007, prior to an Initial Case Management Conference scheduled on October 19, 2007.

II.     <u>Request</u>.

Plaintiffs-in-Intervention request that the Court set a Status Conference in this case, or in the alternative, schedule a hearing on their motion to intervene, at the Court's earliest convenience. Plaintiff-in-Intervention further requests that if the Court deems it appropriate, it set a briefing schedule for Plaintiff to respond to the Plaintiff-in-Intervention's Motion to Transfer the DC case to the Northern District of California, lodged together with Plaintiffs-in-Intervention's Motion to Intervene, on May 29, 2007 (Attachment No. 5 to Notice of Bulky Attachment, Dkt No. 17). However, given the fact that Defendant's motion to transfer to the Eastern District of California has been fully briefed and that Defendant provided its consent to transfer the DC case to the Northern District of California, it may not be necessary to schedule any additional briefing regarding transfer to the Northern District of California.

The parties in the California case must address in their Case Management Statement the Alternative Dispute Resolution or expedited trial procedures provided by Northern District of California Local Rules. Defendants are awaiting disposition of their Motion to Transfer this case before advising the California court of their position on these case management issues.

/ / /

/ /

/ / /

/ / /

III.	Conclusion.

Plaintiffs-in-Intervention respectfully request that the Court schedule a status conference at the Court's earliest convenience to address these issues.

Dated:  September 25, 2007	Respectfully submitted

**FREDERICKS & PEEBLES LLP**
CHRISTINA V. KAZHE
JOHN NYHAN
ROSE WECKENMANN


By:	/s/ John Nyhan
JOHN NYHAN (DC BAR NO. 467082 )
Attorneys for Plaintiffs-in-Intervention, WILTON MIWOK RANCHERIA, a formerly federally-recognized Indian Tribe, ITS MEMBERS, and DOROTHY ANDREWS