UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ME-WUK INDIAN COMMUNITY OF THE WILTON RANCHERIA,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>DIRK A. KEMPTHORNE, SECRETARY OF THE INTERIOR,  )<br><br>Defendant.  ) | Civil Action No. 07-412 (RCL) |

## ORDER

Upon consideration of the motion [11] to intervene filed by Wilton Miwok Rancheria under Fed. R. Civ. P. 24, the opposition thereto, the reply brief, the applicable law, and the entire record herein, it is hereby

ORDERED that the motion to intervene is GRANTED. It is further hereby

ORDERED that pursuant to 28 U.S.C. § 1404(a), all further proceedings in this case shall be transferred to the Northern District of California. Defendant is relieved of his obligation to file an answer in this Court and shall file his answer in the transferee court. The Clerk shall transmit the record herein to the United States District Court for the Northern District of California. It is further hereby

ORDERED that defendant's motion [5] to transfer venue to the Eastern District of California is DENIED. It is further hereby

ORDERED that Wilton Miwok Rancheria's motion [21] and plaintiff's motion [22] requesting to schedule a status conference are DENIED.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on October 24, 2007.